procured for the express purpose of inducing the acceptance of such paper for discount.

4. CORPORATIONS, § 457*—*when holder of note on which corporation accommodation indorser charged with notice.* A bank accepting for discount commercial paper bearing the indorsement of a commercial corporation, under circumstances charging such discounting bank with notice that such indorsement was for accommodation merely, is also charged with notice that such indorsement of such corporation is *ultra vires* as being an act not within the scope of the ordinary business of such corporation.

---

## South Side State Bank, Defendant in Error, v. Fox River Distilling Company, Plaintiff in Error.

## Gen. No. 20,224. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FRED C. HILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Reversed with finding of fact. Opinion filed October 5, 1915.

### Statement of the Case.

Action by the South Side State Bank, a corporation, plaintiff, against the Fox River Distilling Company, a corporation, defendant, in the Municipal Court of Chicago, to recover on the second of a series of seven notes. The facts in this case are the same as in that of *South Side State Bank v. Fox River Distilling Co.* Gen. No. 20,054, *ante,* p. 655, except that such facts are stated more in detail, but which are not materially different. The same judgment was rendered below as in that case, the same questions presented for review, and the same decision made and judgment rendered by the Appellate Court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.
Vol. CXCIV 42.

ISADORE S. BLUMENTHAL, for plaintiff in error; MAURICE ALSCHULER, of counsel.

LYMAN M. PAINE, for defendant in error.

MR. JUSTICE BARNES delivered the opinion of the court.

<hr>

## South Side State Bank, Defendant in Error, v. Fox River Distilling Company, Plaintiff in Error.

### Gen. No. 20,179.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FRED C. HILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Reversed with finding of fact. Opinion filed October 5, 1915.

### Statement of the Case.

Action by the South Side State Bank, a corporation, plaintiff, against the Fox River Distilling Company, a corporation, defendant, in the Municipal Court of Chicago, to recover on the third of a series of seven notes. The facts in this case are the same as in the case of *South Side State Bank v. Fox River Distilling Co.* Gen. No. 20,224, *ante,* p. 657. The same judgment was rendered below as in that case, the same questions presented for review, the same decision made and judgment rendered by the Appellate Court.

ISADORE S. BLUMENTHAL, for plaintiff in error; MAURICE ALSCHULER, of counsel.

LYMAN M. PAINE, for defendant in error.